406 A.2d 749

ESTATE OF Regina GOLDBERG.

Appeal of The COMMONWEALTH of Pennsylvania, DEPARTMENT OF REVENUE.

Supreme Court of Pennsylvania.

Argued Sept. 25, 1979.

Decided Oct. 23, 1979.

Edward G. Biester, Jr., Atty. Gen., John M. Duff, Deputy Atty. Gen., Pittsburgh, for appellant.

Lester E. Zittrain, Crone & Zittrain, Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

OPINION

PER CURIAM:

Decree affirmed. Each side to pay own costs.